UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMIE R. RODRIGUEZ,**

    **Plaintiff,**

v.                                                    Case No.  8:10-cv-2435-T-30AEP

**JOHN E. POTTER, Postmaster General,**
**United States Postal Service Agency,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss for Insufficient Service (Dkt. 14). Plaintiff failed to respond to the motion within the time allowed by the Federal Rule of Civil Procedure. The Court will therefore consider the motion without a response.

On October 29, 2010, Plaintiff filed a complaint against Defendant John E. Potter, Postmaster General of the United States Postal Service. On March 3, 2011, the Court issued an order to show cause why Plaintiff failed to effectuate service. Plaintiff responded to the order that he served Defendant on November 22, 2010. Upon review of the return of service, the Court determined that Plaintiff's service was improper.

The Court issued another order to show cause why Plaintiff failed to effectuate proper service upon Defendant on March 24, 2011. Plaintiff again responded and the Court determined that service of process was still improper. In the response, Plaintiff requested a

sixty day extension to effectuate proper service. The Court granted the sixty day extension and delineated how to properly serve a United States Agency by quoting Federal Rule of Civil Procedure 4(i)(1) and referencing Rule 4(i)(2).

On May 31, 2011, Plaintiff again filed a return of service showing proper service to the United States attorney, pursuant to Rule 4(i)(A). However, Plaintiff still failed to comply with Rule 4(i)(B), which requires a plaintiff to "send a copy of [the summons and complaint] by registered mail or certified mail to the Attorney General of the United States at Washington, D.C.." Plaintiff has had numerous chances to properly effectuate service and continues to fail to do so.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 14) is GRANTED.

2. This action is dismissed without prejudice.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2435.dismiss 14.frm